**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 15-cv-14174-NMG**

**CARLA SHEFFIELD, Personal Representative of the Estate of Burrell Ramsey-White,**

    **Plaintiff,**

    **v.**

**MATHEW PIEROWAY & JOEL RESIL,**

    **Defendants.**

**DEFENDANTS' SUPPLEMENTAL JURY INSTRUCTIONS REGARDING "PROVOCATION"**

1. The objective reasonableness analysis must be conducted separately for each seizure that is alleged to be unconstitutional. <u>Cty. of Los Angeles, Calif. v. Mendez</u>, 137 S. Ct. 1539, 1547 (2017).

2. A prior constitutional violation cannot be considered to have provoked a later, reasonable use of force. <u>Cty. of Los Angeles, Calif. v. Mendez</u>, 137 S. Ct. 1539, 1548 (2017). Put another way, a reasonable use of force is not made unreasonable because of a prior constitutional violation. <u>Id.</u>

<u>Date</u>:  March 14, 2019                                     Respectfully submitted:

**DEFENDANTS MATHEW PIEROWAY
and JOEL RESIL**

By their attorneys:

Eugene L. O'Flaherty
Corporation Counsel

<u>/s/ Nicole M. O'Connor</u>
Nicole M. O'Connor (BBO#675535)
Senior Assistant Corporation Counsel
Nieve Anjomi (BBO#651212)
Assistant Corporation Counsel
City of Boston Law Department
Boston, MA 02201
(617) 635-4039 (O'Connor)
(617) 635-4098 (Anjomi)
Nicole.OConnor@boston.gov
<u>Nieve.Anjomi@boston.gov</u>

## CERTIFICATE OF SERVICE

I, Nicole M. O'Connor, hereby certify that a true copy of the above document was served upon all parties of record via this court's electronic filing system on March 15, 2019.

<u>/s/ Nicole M. O'Connor</u>
Nicole M. O'Connor