United States District Court
District of Massachusetts

| | |
|---|---|
| Carla Sheffield,<br><br>    Plaintiff,<br><br>    v.<br><br>Mathew Pieroway and Joel Resil,<br><br>    Defendants. | Civil No.<br>15-14174-NMG |

## VERDICT FORM

### CLAIMS AGAINST OFFICER PIEROWAY

**Exit Order**

1. Has plaintiff proved that Officer Pieroway violated Mr. Ramsey-White's civil rights when he ordered Mr. Ramsey-White out of the vehicle?

    Yes _____   No ___✓___

If you answer Question 1 "YES", proceed to Question 1A.

If you answer Question 1 "NO", proceed to Question 2.

   1A. Has plaintiff proved that Officer Pieroway's exit order caused Mr. Ramsey-White's alleged injury or loss?

    Yes _____   No _____

If you answer Question 1A "YES", proceed to Question 1B.

If you answer Question 1A "NO", proceed to Question 2.

   1B. Has plaintiff proved that Officer Pieroway engaged in threats, intimidation or coercion when he violated Mr. Ramsey-White's constitutional rights by ordering him out of the vehicle?

    Yes _____   No _____

**Excessive Force**

    2.    Has plaintiff proved that Officer Pieroway violated Mr. Ramsey-White's constitutional rights by using excessive force during the shooting on August 21, 2012?

        Yes _____    No __✓__

**If you answer Question 2 "YES", proceed to Question 2A.**

**If you answer Question 2 "NO", but you answer Question 1B "YES", proceed to Question 3.**

**If you answer Questions 1, 1A OR 1B "NO", AND you answer Question 2 "NO", your deliberations are complete.**

    2A.    Has plaintiff proved that Officer Pieroway's use of excessive force caused Mr. Ramsey-White's alleged injury or loss?

        Yes _____    No _____

**If you answer Question 2A "YES", proceed to Question 2B.**

**If you answer Question 2A "NO", but you answer Question 1B "YES", proceed to Question 3.**

**If you answer Questions 1, 1A OR 1B "NO", AND you answer Question 2A "NO", your deliberations are complete.**

    2B.    Has plaintiff proved that Officer Pieroway engaged in threats, intimidation or coercion when he violated Mr. Ramsey-White's constitutional rights by using excessive force?

        Yes _____    No _____

**Intentional Infliction of Emotional Distress**

    3.    Has plaintiff proved that Officer Pieroway intentionally inflicted emotional distress on Mr. Ramsey-White?

        Yes _____    No _____

If you answer Question 2A "YES", proceed to Question 4.

If you answer Question 2A "NO", but answer Question 1B "YES", proceed to Question 5.

If you answer Questions 1, 1A OR 1B "NO", AND Questions 2 OR 2A "NO", AND Question 3 "NO", your deliberations are complete.

## CLAIMS AGAINST OFFICER RESIL

### Joint Liability for Excessive Force

4. Has plaintiff proved that Officer Resil knew or reasonably should have known that his actions would result in Officer Pieroway's use of excessive force?

   Yes _____    No _____

## DAMAGES

5. Enter below (in words and in numbers) the amount of **compensatory** damages, if any, you award to plaintiff that were proximately caused by the conduct of Officer Pieroway:

   Exit Order:

   (Words) _____

   (Numbers) $_____


   Excessive Force:

   (Words) _____

   (Numbers) $_____

Intentional Infliction of Emotional Distress:

[only to the extent that such damages are not duplicative of damages awarded, if any, for the exit order and/or excessive force]

(Words) _____

(Numbers) $_____

**If you award compensatory damages against Officer Pieroway for excessive force, proceed to Question 6. Otherwise, proceed to Question 7.**

6. Enter below (in words or in numbers) the amount of **punitive** damages, if any, you award to plaintiff caused by Officer Pieroway's use of excessive force:

   (Words) _____

   (Numbers) $_____

7. If you answer Question 2A, "YES" but did not award plaintiff compensatory damages, do you award **nominal** damages to plaintiff for the violation(s) of Mr. Ramsey-White's civil rights?

   Yes _____    No _____

YOUR DELIBERATIONS ARE COMPLETE. THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION WITHOUT REVEALING THE VERDICT TO THE MARSHAL.

Date: 3|18|19          Jury Foreperson: *[signature]*