Regarding the Exit order, does the "necessary paperwork" needing to be produced include both license & registration?

x Elizabeth McGhee    3/18/19

Can we have the transcript of Pieroway's father's testimony?

x Elizabeth Meehle        x 3/18/19

No. Transcripts of witness's testimony are not provided to jurors. Let your collective memory control.

Judge Gorton

3/18/19   3:15 p.m.

Could we also have the deposition for LaHoot?

x *Elizabeth Machle*   3/18/19

As I said in my opening instructions to you, neither transcripts of depositions nor transcripts of testimony at trial are provided to juries. Let your collective memory control.

Judge Gorton
3/18/19 - 4:00 pm

We have reached a verdict.

x Elizabeth McPhee    x 3/18/19