UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARLA SHEFFIELD
           Plaintiff(s)

v.                                    CIVIL ACTION NO. 15-14174-**NMG**

MATTHEW PIEROWAY, ET AL
           Defendant(s)

**JUDGMENT IN A CIVIL CASE**

GORTON, D.J.

**X**   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐   **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

   Judgment is entered in favor of the Defendants.

ROBERT F. FARRELL,
CLERK OF COURT

Dated: 3/19/19                      By /s/ Christine M. Lima
                                    Deputy Clerk

NOTE:  The post judgment interest rate effective this date is   2.52   %.

(Judgment post jury trial.wpd - 3/7/2005)