COURTESY COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:15cv14174-NMG

| | |
|---|---|
| CARLA SHEFFIELD, Personal Representative of the Estate of BURRELL RAMSEY-WHITE,<br>    Plaintiff<br><br>v.<br><br>MATHEW PIEROWAY and,<br>JOEL RESIL,<br>    Defendants | **PLAINTIFF'S MOTION<br>FOR A NEW TRIAL** |

Carla Sheffield, Personal Representative of the Estate of Burrell Ramsey-White, the plaintiff, hereby moves this Honorable Court for a new trial, pursuant to Fed. R. Civ. P. 59(a).

In support of her Motion, the plaintiff states that the Court and jury committed errors during trial of the kind for which federal courts have allowed new trials. In further support of her Motion, the plaintiff relies upon her memorandum of law submitted herewith.

> The Plaintiff,
> By her Attorneys,
>
> /s/ Mark F. Itzkowitz
> MARK F. ITZKOWITZ (BBO #248130)
> 175 Federal Street
> Suite 1425
> Boston, MA  02110-2287
> (617) 695-1848
> MFItzkowitz@hotmail.com

Motion denied. /s/ NMGorton, USDJ  10/7/19

1